United States District Court

Eastern District of Louisiana

Ward

v.                                              CIVIL ACTION NO. 2:00-cv-1978,M(2)

C F Industries Inc


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, July 6, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK



FILED
U.S. DISTRICT C...

2000 JUL -5 P 4:09

LORETTA G. WHYTE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WARREN WARD AND DENISE WARD** | CIVIL ACTION NO. |
| **VERSUS** | DIVISION _____ SECTION _____ |
| **C.F. INDUSTRIES, INC. AND TURNER INDUSTRIES** | JUDGE  **00-1978** |
| | MAGISTRATE  **SECT M MAG 2** |

### NOTICE OF REMOVAL

To:   Plaintiffs
      Through their counsel of record
      J. Chandler Loupe
      Claitor Loupe & Bateman
      2223 Quail Run Drive, Suite G
      Baton Rouge, LA 70808

      Calvin C. Fayard, Jr.
      519 Floriday Ave. West
      Denham Springs, LA 70726

      J. Greg Murphy
      2223 Quail Run Drive, Suite H-2
      Baton Rouge, LA 70808

PLEASE TAKE NOTICE that CF Industries, Inc. ("CF"), defendant in that certain proceeding entitled "Warren Ward and Denise Ward" Civil Action No. 26761, Section "A",

filed in the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, hereby files its Notice of Removal and removes this action to the United States District Court for the Eastern District of Louisiana. A copy of this Notice of Removal is being served upon you, Greg Murphy, Calvin Fayard and Chandler Loupe, as counsel for plaintiffs, Warren Ward, et al., and a copy of this Notice of Removal is being filed with the Clerk of Court of the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, in conformity with 28 U.S.C. § 1446(d). Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders in CF's possession is attached hereto as Exhibit A.

CF respectfully submits that the grounds for its removal of the action are as follows:

I.

A Petition (the "Petition") entitled "Warren Ward and Denise Ward" Civil Action No. 26761, Section "A", filed in the 23rd Judicial District Court for the Parish of St. James, State of Louisiana,, on June 5, 2000 and is pending in the 23rd Judicial District Court for the Parish of St. James, State of Louisiana. Warren Ward and Denise Ward purport to represent a class of individuals who sustained damages as a result of the incident at CF Industries' Donaldsonville facility occurring at approximately 11:30 p.m. on May 24, 2000.

II.

A parallel Class Action Petition entitled "Charles D. Jones, Stella Davis, Nedra Parker, Benjamin Butler, Anthony T. Allen, Brenda Allen, Charles Ray, Cornelius White, James Wilson, Ryan Washington, Dwight Breaux, Christopher Jasper, Lawrence Northern, Donald Blount, Fabrian O'Bear, James Rome, Reginald Rome, et al. " suit no., 67,328, Division C, filed in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, ("the Jones Case") has been recently removed to the Middle District of Louisiana. Plaintiffs in the Jones Case purport to represent a class

2

of individuals who sustained damages as a result of the incident at CF Industries' Donaldsonville facility occurring at approximately 11:30 p.m. on May 24, 2000. The claims of the plaintiffs in the Jones Case overlap with the claims of the plaintiffs in the instant case.

III

Plaintiffs in the Jones Case are domiciled in Louisiana. CF Industries, the sole defendant in the Jones Case, is a Delaware Corporation with its principal place of business in Illinois.

IV.

The amount in controversy in the Jones Case can be expected by a preponderance of the evidence or with reasonable certainty to exceed $75,000 for the following reasons:

a.) Plaintiffs in the Jones Case allege "severe physical, mental, and emotional injury. . . .lost wages, past, present and future, and expenses for medical treatment, past, present and future" (Petition at ¶7) in addition to "exposure to yet to be determined chemical substances, property damage, personal injury, emotional and mental damages, economic damages, evacuation, shelter in place, inconvenience and fear and fright." (Petition at ¶6). Plaintiffs also demand costs for the prosecution of the class action.

b.) The plaintiffs in the Jones Case do not allege that their damages are less than $75,000.00, and based on the facts pled by plaintiffs, the amount in controversy with respect to certain of the named plaintiffs' claims can be expected by a preponderance of the evidence or with reasonable certainty to exceed the sum or value of $75,000, exclusive of interest and costs.

V.

This Court has original jurisdiction over the claims of the plaintiffs in the Jones Case, because there exists complete diversity of citizenship, and because the amount in controversy may reasonably exceed $75,000.00.

VI.

This Court must retain jurisdiction over the remaining claims and cases, including the instant case, under 28 U.S.C. §1367(a), which provides: "in any civil action of which the district courts have original jurisdiction, the district courts **shall** have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." (Emphasis added). The exceptions to 28 U.S.C. §1367(a), which are found in 28 U.S.C. §1367(b) & (c) are inapplicable.

VII.

This Court has jurisdiction over the instant case pursuant to the "All Writs Act," 28 U.S.C. §1651.

VIII.

Thirty (30) days have not elapsed since CF received notice of the Petition on or after June 6, 2000. Accordingly, Notice of Removal is timely pursuant to 28 U.S.C. ¶ 1446(b).

IX.

Promptly after filing this Notice of Removal, written notice hereof will be given to plaintiffs and will be filed with the Clerk of the 23rd Judicial District Court for the Parish of St. James, State of Louisiana.


WHEREFORE, Defendant CF Industries, Inc. prays that this, its Notice of Removal, be deemed good and sufficient and that the aforesaid Class Action Petition be removed from the 23rd Judicial District Court for the Parish of St. James, State of Louisiana to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in such civil action from such state

court, and thereupon proceed with the civil action as if it had been commenced originally in this Honorable Court.

        Respectfully submitted,

        _____
        ROBERT E. KERRIGAN (#7350) TA
        CHARLES LECHE (#08218)
        ISAAC H. RYAN (#23925)
        DEUTSCH, KERRIGAN & STILES, LLP
        755 Magazine Street
        New Orleans, Louisiana 70130-3672

        - and -

        MARK C. DODART (#17549)
        NEIL C. ABRAMSON (#21436)
        NORA T. BOLLING (#22955)
        PHELPS DUNBAR LLP
        Canal Place
        365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311

        - and -

        MICHAEL H. RUBIN (#10833)
        RICHARD A. CURRY (#4671)
        MICHAEL FERACHI (#19566)
        McGLINCHEY STAFFORD
        Ninth Floor, One American Place
        Baton Rouge, Louisiana 70825
        Telephone: (225) 383-9000

        - and -

        JOHN W. PERRY JR. (#10524)
        DANIEL J. BALHOFF (#18776)
        ATKINSON, PERRY, ATKINSON
          & BALHOFF, L.L.C.
        2141 Quail Run Drive

Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730

- and -

MALCOLM J. DUGAS, JR. (05137)
DUGAS, LEBLANC & SOTILE, L.L.C.
406 Houmas Street
Donaldsonville, Louisiana 70346
Telephone: (225) 473-3109

COUNSEL FOR CF INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all known counsel of record by First Class United States Mail, properly addressed and postage prepaid, this 5th day of July, 2000.

_____